<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALICIA BLUE, o/b/o RAYMOND BLUE, JR., | |
| Plaintiff, | Civil No. 11-3937 (ES) |
| v. | **OPINION AND ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

<u>**SALAS, District Court Judge**</u>

Plaintiff Alicia Blue, o/b/o Raymond Blue, Jr. ("Blue") filed a complaint on July 8, 2011, that opened the above captioned case in this Court. (Doc. No. 1.) It appears that:

1. The Clerk of the Court will not file the complaint unless the person seeking relief pays the entire applicable filing fee in advance or the person applies for and is granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915. *See* Local Civil R. 5.1(f).

2. The filing fee for commencing a civil action in this court is $350.00. *See* 28 U.S.C. § 1914(a).

3. Blue did not prepay $350.00; rather, she submitted an application to proceed in this matter *in forma pauperis* (IFP application), pursuant to 28 U.S.C. § 1915. (IFP Application; Doc. No. 1-1.)

4. Having considered Blue's IFP application, the Court concludes that Blue has adequately established that her financial condition renders payment of the $350.00 filing fee a hardship.

Therefore, for the foregoing reasons;

IT IS THIS 11th day of August, 2011, hereby

ORDERED that Blue's IFP application is GRANTED;

ORDERED that the Clerk of the Court FILE Blue's complaint.

                                                      /s/ Esther Salas
                                       ESTHER SALAS, U.S.D.J.